JOSEPHINE MONASTERO v. MASSACHUSETTS PROTECTIVE ASSOCIATION, INC., OF WORCESTER, MASSACHUSETTS.— Motion for reargument or leave to appeal

denied, with ten dollars costs. Motion for stay granted upon plaintiff's filing undertakings required by sections 591 and 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.